[No. 14521-5-I. Division One. April 28, 1986.]

*In the Matter of the Marriage of* BRUCE MITCHELL, *Petitioner, and* CAROLYN MOORE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-62269, Jim Bates, J., entered February 23, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 13219-9-I. Division One. April 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH B. MAHMOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02543-3, Warren Chan, J., entered May 20, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J. Now published at 45 Wn. App. 200.

[No. 13474-4-I. Division One. April 28, 1986.]

FREDERICK W. SCHEFFLER, ET AL, *Respondents,* v. JOHN C. EBY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-00186-4, Horton Smith, J., entered June 20, 1983. *Affirmed as modified* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Coleman, J.